DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

Attorneys for Plaintiff
SHUTTERFLY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHUTTERFLY, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOREVERARTS, INC., HENRY ZHENG (AKA JINGBO ZHENG), <br><br> Defendants. | Case No. 3:12-cv-03671-SI <br><br> **STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS HENRY (JINGBO) ZHENG AND FOREVERARTS, INC.; [~~PROPOSED~~] ORDER** <br><br> Ctrm:  10, 19th Floor <br> Judge:  The Honorable Susan Illston |

Pursuant to Local Rules 6-2 and 7-12, and Fed. R. Civ. P. 65(d), Plaintiff SHUTTERFLY, INC. ("Plaintiff") on the one hand, and Defendants FOREVERARTS, INC. and HENRY (JINGBO) ZHENG ("Defendants") on the other hand, through their counsel, **HEREBY STIPULATE AND REQUEST THAT THE COURT ENTER AN ORDER** as follows:

1. WHEREAS, on July 13, 2012, Plaintiff moved this Court *ex parte* for a temporary restraining order, an order to show cause re: preliminary injunction, and for expedited discovery against Defendants;

2. WHEREAS, this Court granted Plaintiff's motion on July 13, 2012;

3. WHEREAS, Plaintiff and Defendants have entered into a Settlement Agreement in order to resolve the Claims without necessity of further litigation, expenditure of any further resources in litigation, and without admission of any kind regarding the merits of any claim or defense;

4. WHEREAS, Plaintiff and Defendants also now wish to resolve this matter by, among other things, having the Court enter a permanent injunction against Defendants.

**NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:**

1. <u>Computer Code</u>: "Shutterfly Code" refers to computer code, in source or executable form, written by any employee, agent, independent contractor, or other person working for or in collaboration with Shutterfly. Defendants will return to Shutterfly one copy of any and all Shutterfly Code in their possession within ten (10) days of the date of this agreement. This return obligation extends to, without limitation, Shutterfly Code Defendants took, copied, downloaded from a website or computer, or obtained in any other manner, at any time. In addition, Defendants then will delete any and all Shutterfly Code in their possession or control. As of the date of this agreement, and forever after that date, Defendants will cease and desist any use of Shutterfly Code for any purpose whatsoever.

2. <u>Shutterfly Confidential Information</u>: "Shutterfly Confidential Information" refers to information in any form, including, without limitation, documents or electronic information, that pertains to Shutterfly or its products, services, or any present or future plans or operations and which is not freely available to the general public. Within ten (10) days of the date of this agreement Defendants will return to Shutterfly one copy of any and all Shutterfly Confidential Information in their possession or control. Within the same period of time, Defendants will then delete any and all Shutterfly Confidential

1

STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS HENRY (JINGBO) ZHENG AND FOREVERARTS, INC.; [PROPOSED] ORDER / CASE NO. 3:12-CV-03671-SI

Information in their possession or control that are not delivered to Shutterfly.  Further, to the extent Defendants retain Shutterfly Confidential Information in their memory, they will not use Shutterfly Confidential Information for their own purposes or to the detriment of Shutterfly.

3. <u>Foreverarts.com</u>:  As of the date of this agreement, Defendants will cease operation of foreverarts.com immediately and forever.  Defendant also will not start another website that uses Shutterfly Code or Shutterfly Confidential Information.

4. <u>Yinquduo.com</u>:  Defendants will cease operation of yinquduo.com immediately and forever.  Defendant also will not start another website that uses Shutterfly Code or Shutterfly Confidential Information.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

2

STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS HENRY (JINGBO) ZHENG AND FOREVERARTS, INC.; [PROPOSED] ORDER / CASE NO. 3:12-CV-03671-SI

**THE PARTIES FURTHER AGREE AND STIPULATE** to jurisdiction and venue in the United States District Court for the Northern District of California for any claim of any violation of the above referenced Settlement Agreement and/or any claim of any violation of the terms of this Permanent Injunction.

Dated: July 24, 2012

Respectfully submitted,

DURIE TANGRI LLP

By: _____/s/ Joshua H. Lerner_____
JOSHUA H. LERNER

Attorneys for Plaintiff
SHUTTERFLY, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Zheng Liu_____
ZHENG LIU

Attorneys for Defendants FOREVERARTS, INC. and HENRY ZHENG (AKA JINGBO ZHENG)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July __25, 2012

_____
UNITED STATES DISTRICT JUDGE
SUSAN ILLSTON

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Joshua H. Lerner, attest that concurrence in the filing of this document has been obtained.

Dated: July 24, 2012

_____/s/ Joshua H. Lerner_____
JOSHUA H. LERNER

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On July 24, 2012, I served the following documents in the manner described below:

**STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS HENRY (JINGBO) ZHENG AND FOREVERARTS, INC.; [PROPOSED] ORDER**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

[X] BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from strenciansky@durietangri.com to the email addresses set forth below.

[ ] (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

Zheng (Jen) Liu
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015
Email: jenliu@orrick.com
Tel: (650) 614-7699
Fax: (650) 614-7401
Counsel for Defendants
FOREVERARTS, INC. and HENRY ZHENG (AKA JINGBO ZHENG)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 24, 2012, at San Francisco, California.

                                                  */s/ Sarka Trenciansky*
                                                  Sarka Trenciansky